IN THE US MIDDLE DISTRICT COURT OF ALABAMA

RECEIVED
2005 SEP 26  P 1:33

MARVIN ARDIS, III,

 PETITIONER,

V.  CASE NO. 1:05 CV915-F

DEPARTMENT OF SOCIAL SERVICES
CHILD SUPPORT ENFORCEMENT
OF THE STATE OF VIRGINIA,

CARINA V. WILLIAMS,

 RESPONDENT.

## PETITION FOR AN INJUNCTION ON THE WITHHOLDING ORDER ISSUED BY THE DEPARTMENT OF SOCIAL SERVICES DIVISION OF CHILD SUPPORT ENFORCEMENT

Comes Now the Petitioner, Marvin Ardis, III, in the above style matter requests this Honorable Court to issue an injunction to the withholding order issued to Wachovia/Southtrust Bank from the Respondents Department of Social Services Department of Childsupport Enforcement of Virginia and Carina V. Williams to withhold all funds deposited in the account listed under the Plaintiff's name and social security number at Wachovia/Southtrust Bank.

### Argument

The Petitioner argues that this injunction should be issued on the withholding order due to the withholding of the funds the withholding order has seized violates 38 U.S.C. 3101. In this section the law states that all veteran benefits are exempt from all creditors including child support even to enforce a court order for support. The Petitioner states to this Honorable Court that he has provided the respondents with

documentation listed as exhibit A showing that all of the funds be withheld with the withholding order are in fact veteran benefits. The respondents contacted the petitioner on September 23, 2005 at 12:28 p.m. and stated to the petitioner that they intended to violate the federal statue of 38 U.S.C. 3101 prohibiting withholding of any veteran benefits distributed under this section. The petitioner then directed Ms. Williams to the section on the withholding order under notice to debtor and pointed out that even in the withholding order it states that veteran benefits are exempt from this withholding order listed as exhibit B. Furthermore the petitioner states that this action should not be allowed due to they are not allowed to petition the Department of Veteran Affairs and have their withholding order honored and the petitioner argues this action should not be allowed either. The petitioner also wants to bring to this Court's attention that his VA benefits accounts for all of his income and will be deposited into the account with this withholding order placed on it. This means that the petitioner will not receive any monies during the month of October to even buy food for his child that is currently living with the petitioner.

## Relief Sought

The Petitioner requests that an injunction be issued to remove the withholding order and prohibit the respondents from filing a withholding order to retain funds from Veteran Benefits in the future.

Marvin Ardis III  pro se
1001 Meharis Circle
Dothan, AL 36303
334-794-7275

## Certificate of Service

I certify that I have placed a copy of the foregoing upon the respondents by placing a copy of the same with prepaid postage in the U.S. Mail on this day September 23, 2005.

Marivn Ardis III

Newport News District Court Office
Carina V. Williams
11751 Rock Landing Dr Ste H4
Newport News, VA 23606