Exhibit A

## WACHOVIA BANK, N.A. d/b/a SOUTHTRUST BANK
PREVIOUS STATEMENT

Account Title _____ MARVIN ARDIS III _____

Account Number _____ 5801856 _____
Last Statement _____ 09/21/2005 _____

RECEIVED
2005 SEP 26 P 1:33
U.S. DISTRICT CLK
MIDDLE DISTRICT ALA

Beginning Balance _____          WD's/Other Debits _____
Total Debit Amount _____         Dep/Other Credits _____
Total Credit Amount _____        Ending Balance _____ $4,156.66 _____

**CHECKING TRANSACTIONS**

| Date | Check Number | Transaction Description | Amount | Account Balance |
|---|---|---|---|---|
| 08/26/2005 | 9999999999 | DEPOSIT | $5.00 | $54.89 |
| 08/26/2005 | | CHECK CARD    SAMSCLUB #8192           DO | $49.89 | $5.00 |
| 09/01/2005 | | US TREASURY 220    VA BENEFIT20052381694152 | $633.00 | $638.00 |
| 09/01/2005 | | US TREASURY 220    VA 31RECUR20052381979259 | $56.32 | $694.32 |
| 09/01/2005 | | CASH WITHDRWAL DOTHAN DOWNTOWN125 NORTH ST. A | $20.00 | $674.32 |
| 09/02/2005 | | US TREASURY 220    VA BENEFIT20052414767592 | $6,343.00 | $7,017.32 |
| 09/02/2005 | | US TREASURY 220    VA CH31   20052414767596 | $788.55 | $7,805.87 |
| 09/06/2005 | 1038 | TELLERS CHECK | $400.00 | $7,405.87 |
| 09/06/2005 | 1037 | CHECK | $600.00 | $6,805.87 |
| 09/06/2005 | | CHECK CARD    WAL-MART #0604           DO | $229.04 | $6,576.83 |
| 09/06/2005 | | POS PURCHASE    SAM'S Club    SAM'S Club | $47.79 | $6,529.04 |
| 09/06/2005 | | CHECK CARD    SAMSCLUB #8192           DO | $45.00 | $6,484.04 |
| 09/06/2005 | | CHECK CARD    BLOCKBUSTER VID          DO | $33.18 | $6,450.86 |
| 09/06/2005 | | CHECK CARD    GATOR HEAVEN IN          LU | $25.99 | $6,424.87 |
| 09/06/2005 | | CHECK CARD    WAL-MART #0604           DO | $24.41 | $6,400.46 |
| 09/06/2005 | | CHECK CARD    KMART         0          DO | $21.59 | $6,378.87 |
| 09/06/2005 | | CHECK CARD    WM SUPERCENTER          DO | $21.41 | $6,357.46 |
| 09/06/2005 | | POS PURCHASE   DOLLAR-GENERAL DOLLAR-GENERAL | $20.52 | $6,336.94 |
| 09/06/2005 | | CHECK CARD    FOOD WORLD #119          DO | $20.27 | $6,316.67 |
| 09/06/2005 | | CASH WITHDRWAL DOTHAN DOWNTOWN125 NORTH ST. A | $20.00 | $6,296.67 |
| 09/06/2005 | | CASH WITHDRWAL PLAZA NORTH BRA1943 REEVES ST | $20.00 | $6,276.67 |
| 09/06/2005 | | CHECK CARD    WINN-DIXIE    #0          DO | $17.44 | $6,259.23 |
| 09/06/2005 | | CHECK CARD    MOVIE GALLERY           DO | $11.44 | $6,247.79 |
| 09/06/2005 | | CHECK CARD    USPS 0124909550          DO | $6.66 | $6,241.13 |
| 09/06/2005 | | CHECK CARD    ARBY'S #5688 Q5          DO | $5.60 | $6,235.53 |
| 09/07/2005 | | HOMECOMING FIN A   ONLINE PMT20052505457252 | $310.00 | $5,925.53 |
| 09/07/2005 | | CITY OF DOTHAN     ONLINE PMT20052505456338 | $168.51 | $5,757.02 |
| 09/07/2005 | 1036 | CHECK | $165.00 | $5,592.02 |
| 09/07/2005 | | ALLTEL             ONLINE PMT20052505493398 | $142.96 | $5,449.06 |
| 09/07/2005 | | CHECK CARD    JCPENNEY STORE           DO | $97.17 | $5,351.89 |
| 09/07/2005 | | CENTURYTEL         ONLINE PMT20052505455439 | $80.45 | $5,271.44 |
| 09/07/2005 | | TIME WARNER        ONLINE PMT20052505485967 | $45.45 | $5,225.99 |
| 09/08/2005 | | CASH WITHDRWAL DOTHAN DOWNTOWN125 NORTH ST. A | $40.00 | $5,185.99 |
| 09/08/2005 | | CHECK CARD    THE BARN               DO | $34.45 | $5,151.54 |
| 09/09/2005 | | CHECK CARD    GOODY'S #140            DO | $43.19 | $5,108.35 |
| 09/09/2005 | | CHECK CARD    SEARS ROEBUCK           DO | $25.92 | $5,082.43 |
| 09/09/2005 | | CHECK CARD    O'CHARLEY'S #27         DO | $16.19 | $5,066.24 |
| 09/12/2005 | | CHECK CARD    WAL-MART #0604           DO | $147.46 | $4,918.78 |
| 09/12/2005 | | CHECK CARD    SAMSCLUB #8192           DO | $56.00 | $4,862.78 |
| 09/12/2005 | | CASH WITHDRWAL DOTHAN DOWNTOWN125 NORTH ST. A | $40.00 | $4,822.78 |
| 09/12/2005 | | CHECK CARD    LABRUCE HANAHAN          DO | $22.50 | $4,800.28 |
| 09/12/2005 | | CHECK CARD    KMART         0          DO | $14.22 | $4,786.06 |
| 09/12/2005 | | CHECK CARD    CHEVRON 0020443          DO | $11.75 | $4,774.31 |
| 09/14/2005 | | CHECK CARD    THINGS N WINGS          DO | $18.55 | $4,755.76 |
| 09/15/2005 | | CHECK CARD    SHAAN S JEWELER         DO | $52.92 | $4,702.84 |

WACHOVIA BANK, N.A. formerly SOUTHTRUST BANK
PREVIOUS STATEMENT

Account Title _____ MARVIN ARDIS III _____

Account Number _____ 5801856 _____
Last Statement _____ 09/21/2005 _____

Beginning Balance _____   WD's/Other Debits _____
Total Debit Amount _____   Dep/Other Credits _____
Total Credit Amount _____   Ending Balance   $4,156.66

**CHECKING TRANSACTIONS**

| Date | Check Number | Transaction Description | Amount | Account Balance |
|---|---|---|---|---|
| 09/15/2005 | | CASH WITHDRWAL DOTHAN DOWNTOWN125 NORTH ST. A | $40.00 | $4,662.84 |
| 09/15/2005 | | CHECK CARD    TJMAXX #0027              DO | $26.98 | $4,635.86 |
| 09/15/2005 | | CHECK CARD    CAPTAIN DS    0           DO | $15.08 | $4,620.78 |
| 09/16/2005 | | CHECK CARD    SHAAN S JEWELER           DO | $10.00 | $4,610.78 |
| 09/19/2005 | | CHECK CARD    SHELL OIL   5012          DO | $28.00 | $4,582.78 |
| 09/19/2005 | | CASH WITHDRWAL DOTHAN DOWNTOWN125 NORTH ST. A | $20.00 | $4,562.78 |
| 09/19/2005 | | CHECK CARD    ZAXBYS                    DO | $8.08 | $4,554.70 |
| 09/19/2005 | | CHECK CARD    BURGER KING #12           DO | $3.23 | $4,551.47 |
| 09/20/2005 | | CHECK CARD    CHILI'S GRI8630           DO | $24.49 | $4,526.98 |
| 09/21/2005 | 1040 | CHECK | $314.32 | $4,212.66 |
| 09/21/2005 | | CHECK CARD    SAMS GAS STATIO           DO | $56.00 | $4,156.66 |

800153 Rev 01/05 (K.4)

```
IMI2        09/23/03              IM ACCOUNT HISTORY          09:39:01   PAGE 001
KEY 000-000-0000-0005801856
              CNTL2 000     CNTL3 000     CNTL4 0000   ACCT# 0005801856

                                                                           RET
  SERIAL  POST  BATCH   SEQ  TRAN
  NUMBER  DATE  NO.     NO.  CODE    AMOUNT   DESCRIPTION/SOURCE           DAYS
          09/01 5808  55502 0018     633.00   US TREASURY 220    VA BENE    2
          09/01 5808  55501 0018      56.32   US TREASURY 220    VA 31RE    2
          09/02 5808  51050 0018    6343.00   US TREASURY 220    VA BENE    2
          09/02 5808  51049 0018     788.55   US TREASURY 220    VA CH31    2
```