COMMONWEALTH OF VIRGINIA
DEPARTMENT OF SOCIAL SERVICES
DIVISION OF CHILD SUPPORT ENFORCEMENT

Order To Withhold

TO: SOUTHTRUST BANK/WACHOVIA
1525 WEST W T HARRIS BLVD
HUMAN RESOURCES
CHARLOTTE NC 28288

FROM: NEWPORT NEWS DISTRICT OFFICE
11751 ROCK LANDING DR STE H4
NEWPORT NEWS VA 23606

RE: MARVIN ARDIS III
Debtor/Absent Parent

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          0000349168
SSN                  DCSE#

PART A - ORDER

The above named debtor owes a child support debt in the amount of 25726.43 . Pursuant to the Code of Virginia sections referenced below, you are hereby ordered:

1. To immediately withhold from access by the debtor or joint account holder any property, assets, or money which is due, owing, or belonging to the debtor with value up to the amount of the debt or; if the property is disposable earnings, a maximum of 100 % , whichever is less. All property above the amount of the debt or the maximum percentage, whichever is applicable, shall remain the property of the debtor.

2. To give this order priority over all other debts and unsecured creditors, except for prior court orders or administrative payroll deduction orders for support.

3. To answer this order under oath and in writing within 10 days, exclusive of the day of service, on the attached answer form.

4. If this is a joint account, you may consider this order released if you do not receive a copy of the Division's joint account holder notice within 21 days from delivery of your answer or, if a joint account holder appeals the withholding, you do not receive a copy of the Division's petition to the general district court within 90 days of your receipt of the Division's joint account holder notice.

5. To continue withholding until the entire amount of the debt listed on this order has been withheld, or until this order is released.

6. To deliver the property withheld pursuant to this order to the Division upon receipt of an Order to Deliver issued by the Division.

You may void this order by mailing notice to the Division within 5 days after receipt of this order because this order does not contain the debtor's correct social security number, or the maximum percentage which may be withheld, or contains information which conflicts with your current account information. An order with corrected information will be issued in response to such notice.

Failure to answer this order within the time prescribed, failure to withhold property as directed in this order, release of assets subject to this order to someone other than the Division, or failure to deliver the withheld property pursuant to an Order to Deliver creates a liability for you in an amount equal to 100 percent of the debt specified in this order.

Service of an Order to Withhold on the main office, headquarters, branch, or registered agent of any bank, savings institution, other financial institution, or broker-dealer shall be effective as to any accounts, credits, or other personal property held by that entity.

If you have questions, please call the telephone number listed below.

CARINA V. WILLIAMS
Authorized Representative

( 800 ) - 462 - 8386
Telephone

09/06/05
Date

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF SOCIAL SERVICES
DIVISION OF CHILD SUPPORT ENFORCEMENT

Order to Withhold

Part A - ORDER Continued                DCSE #: 0000349168

NOTICE TO DEBTOR/ABSENT PARENT:

This Order to Withhold has been issued by the Division of Child Support Enforcement to cause your property to be held or taken to pay a support debt. You can contest this withholding if you are not the person named in the order, you do not owe the amount of support debt stated in the order, or the property being withheld cannot be withheld because it is exempt.

Some of the major exemptions under state and federal law are:

1. Supplemental Security Income (SSI)
2. Growing crops (8.01-489, Code of Virginia)
3. Benefits from group life insurance policies (36.1-482, Code of Virginia)
4. Proceeds from industrial sick benefits insurance (38.1-488, Code of Virginia)
5. Burial contracts (11-28, Code of Virginia)
6. Benefits for victims of crime (19.2-368.12, Code of Virginia)
7. Veteran's benefits (38 U.S.C. 3101)
8. Public assistance payments (62.1-506, Code of Virginia)
9. Assignment of certain salary and wages (55-165, Code of Virginia)
10. College Work Study (CWS)

Other exemptions may also apply. Most usual wages and salaries are not exempt.

If you wish to contest the order, you must file a written request for an appeal hearing within 10 days from the date this notice is served on you. Send your request to the Hearing Officer, 7 North Eighth St., Richmond, Virginia 23219-3031. Your request must contain your name, the DCSE number listed on the Order, and the reason why you are appealing.

You will be notified of the time and place of the hearing. At the hearing you will be given the opportunity to present your objection to a hearing officer. If you disagree with the hearing officer's decision, you can file an appeal with the court within 10 days of receiving the decision.

In accordance with Section 63.2-1960 of the Code of Virginia, the Division will charge you $120 for the cost of the attorney's fees when the Division is represented by an attorney in a court action taken to enforce your child support obligation (e.g. an appeal of an Order to Withhold) and in which action the Division prevails.

Virginia Code Section
  34-29
  63.2-1953
  63.2-1925
  63.2-1929
  63.2-1930