IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2005 SEP 26  P 1: 32

## IN FORMA PAUPERIS AFFIDAVIT

Declaring that the information I have given below is true and correct, I apply to this court for:

( x )    authority to commence an action with prepayment of fees, costs or security.

CA: 1:05CV915-F

I.   **PERSONAL AND FINANCIAL DATA**

A.    Your full name and present mailing address:

Marvin Ardis III  1001 Meharis Circle  Dothan, AL 36303

Telephone (if any):  (334) 794-7275

B.    Are you presently employed?    Yes_____    No  X

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

Weekly earning:  $

If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving. Disable Veteran Currently in rolled at Troy University in Dothan, AL under the Veteran Vocational Rehabilitation program.

Date last worked:  December 2001

Weekly earnings:  0

Approximately how much money have you received in the past twelve months:

      as wages, salary, commissions, or earned income of any kind?     $__0

      as interest, dividends, rents, or investment income of any kind?     $ 0

      as gifts or inheritance?     $_____0_____     from social security,
unemployment compensation, or any form
      of state or federal welfare payments or benefits?     $ 0

      from pensions, annuities, workmen's compensation, disability
      or other insurance policies     $ 1441 mnthly

      from all other sources?     $ 0

C.    How much money do you own or have in any checking or savings accounts?

      $ 0

D.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?     $ Yes

If the answer is "yes," describe the property and state its approximate value:

1994 Jeep Grand Cherokee $1565

E.    How much money do you owe to others?
    $__25726.43_____

    As to each debt of over $100.00, state the name of the creditor and the approximate
amount owed:
Department Child Support Enforcement of Viginia

F.    List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.
Jadyn Nicole Ardis $5000
Iman P. Mickens $1320

Joshua L. Hooker $650
Tiara O. West $3120

G.  Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?   Yes _____  No  X

If the answer is "yes," give the following information for each such person:

Name:
Relationship:
Employer:
Weekly earnings:$

Name:
Relationship:
Employer:
Weekly earnings:$

H.  Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.
All Money that is distributed to me comes from the VA and is currently being held from me by a withholding order placed on my bank account were the VA benefits are monthly deposited.

III.  **ATTESTATION AND SIGNATURE**

Under penalty of perjury, I declare that the information given on the preceding pages is true and correct.

Dated: 9-23-05

SIGNATURE  *Marvin Archis III*