IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARVIN ARDIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05cv915-F |
| ) | |
| DEPARTMENT OF SOCIAL SERVICES ) | |
| CHILD SUPPORT ENFORCEMENT OF ) | |
| THE STATE OF VIRGINIA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Delores Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 28th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE