IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| MARVIN ARDIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-915-F |
| ) | |
| DEPARTMENT OF SOCIAL SERVICES ) | |
| CHILD SUPPORT ENFORCEMENT ) | |
| OF THE STATE OF VIRGINIA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on October 5, 2005(Doc. #4), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this action is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), for failure to state a claim for which relief can be granted in this court against the designated defendants.

DONE this 7th day of November, 2005.

                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE