IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| MARVIN ARDIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:05-cv-915-F |
| | ) |
| DEPARTMENT OF SOCIAL SERVICES | ) |
| CHILD SUPPORT ENFORCEMENT | ) |
| OF THE STATE OF VIRGINIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is DISMISSED with prejudice.

DONE this 7th day of November, 2005.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE